# IN THE UNTIED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ROBERT NETTLES, et al.,              ) | |
|                                       ) | |
|     Plaintiffs,                       ) | |
|                                       ) | |
| vs.                                   ) | Case No. 03-00082-CV-W-GAF |
|                                       ) | |
| UMB BANK, N.A., et al.,                ) | |
|                                       ) | |
|     Defendants.                       ) | |

## ORDER DISMISSING CASE

On September 21, 2010, Defendant UMB Bank, N.A. ("Defendant") filed its Motion for Summary Judgment. (Doc. # 150). *Pro se* Plaintiff Jeff Collins ("Plaintiff"), the sole remaining plaintiff in the case, failed to respond to Defendant's Motion, and on October 19, 2010, the Court entered its Order to Show Cause directing Plaintiff to show cause why the Court should not grant Defendant's Motion. (Doc. # 152). Plaintiff was given ten (10) days to respond to the Court's Order. (*Id.*).

To date, Plaintiff has failed to respond to the Court's Order. Therefore, it is **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: November 8, 2010

1

Case 4:03-cv-00082-GAF   Document 153   Filed 11/08/10   Page 1 of 1